DENNIS J. HERRERA, State Bar #139669
City Attorney
CHERYL ADAMS, State Bar #164194
Chief Trial Deputy
DONALD P. MARGOLIS, State Bar #116588
Deputy City Attorney
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, California 94102-5408
Telephone:     (415) 554-3853
Facsimile:     (415) 554-3837
E-Mail:        don.margolis@sfgov.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, A Corporation Sole, and THE ARCHDIOCESE OF SAN FRANCISCO PARISH AND SCHOOL JURIDIC PERSONS REAL PROPERTY SUPPORT CORPORATION, a California religious corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO; SAN FRANCISCO PUBLIC UTILITIES COMMISSION, U.S. PIPE & FOUNDRY COMPANY LLC, and DOES 1 through 25, inclusive, | Case No. 13-CV-2220 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Currently Scheduled Conf.:  July 25, 2013, 10:00 a.m.<br><br>Proposed Continued Conf.:  August 8, 2013, 10:00 a.m. |

Plaintiffs The Roman Catholic Archbishop of San Francisco and The Archdiocese Of San Francisco Parish and School Juridic Persons Real Property Support Corporation ("plaintiffs") and defendants City and County of San Francisco ("City") and U.S. Pipe & Foundry Company LLC request an order continuing the case management conference from July 25, 2013 to August 8, 2013, because of a planned vacation absence.

**RECITALS**

A. By the Clerk's Notice of Reassignment of May 20, 2013 (Dkt. 6), the Court scheduled an initial Case Management Conference for July 25, 2013.

B. Lead and sole counsel for the City, Donald P. Margolis, has had a long-planned vacation scheduled for the period of July 22 through August 2, 2013. (Mr. Margolis regrets his late notice of this fact to the Court.)

C. Counsel for all parties have conferred, and agree to request that, to accommodate Mr. Margolis's planned vacation, the initial case management conference be rescheduled to August 8, 2013, at 10:00 a.m., and the date for submittal of the joint case management statement be adjusted correspondingly. Mr. Margolis's assistant has checked the Court's calendar and ascertained as of July 15, 2013 that space remained available on the Court's calendar for that date and time.

**STIPULATION**

Based upon the facts recited above, the parties stipulate to entry of an order continuing the case management conference from July 25, 2013 to **August 8, 2013, at 10:00 a.m.** The parties further stipulate to entry of an order extending the deadline for submittal of the initial joint case management statement to **August 1, 2013.**

SO STIPULATED.

Dated: July 16, 2013

DENNIS J. HERRERA
City Attorney
CHERYL ADAMS
Chief Trial Deputy

BY_____/s/ Donald P. Margolis_____
        DONALD P. MARGOLIS

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO

| | |
|---|---|
| Dated:  July 16, 2013 | MCKENNA LONG & ALDRIDGE, LLP |
| | BY_____/s/ *Gerald M. Murphy*_____<br>         GERALD M. MURPHY |
| | Attorneys For Plaintiffs<br>THE ROMAN CATHOLIC ARCHBISHOP<br>OF SAN FRANCISCO |
| | Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document. |
| Dated:  July 16, 2013 | ARCHER NORRIS |
| | BY_____/s/ *John L. Kortum*_____<br>         JOHN L. KORTUM |
| | Attorneys For Defendant<br>U.S. PIPE & FOUNDRY COMPANY, LLC |
| | Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document. |

**ORDER**

Pursuant to the parties' stipulation, the initial case management conference currently scheduled for July 25, 2013, at 10:00 a.m. is continued to ~~August 8, 2013~~ August 22, 2013, at 10:00 a.m.  The parties shall file a joint case management statement by ~~August 1, 2013.~~ August 15, 2013

Dated:_ July 16, 2013 _____          _____
                                       The Honorable Maria Elena James
                                       United States Magistrate Judge