UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>Defendants. | Case No.  13-cv-02220-MEJ<br><br>**ORDER VACATING PRETRIAL AND TRIAL DEADLINES**<br><br>Re: Dkt. No. 20 |

The Court is in receipt of the parties' Stipulation Modifying Pretrial Deadlines And Continuing Trial, in which they seek modification of existing pretrial deadlines, and a continuance of trial, in light of the parties' judgment that the efficient resolution of this case is best promoted by focusing resources on ongoing and fruitful settlement discussions.  Dkt. No. 20.  Good cause appearing, the Court hereby VACATES all pretrial and trial deadlines.  The parties shall file a joint status report every 30 days.  If the parties feel it would be beneficial to their discussions, they may file a stipulation for referral to court-sponsored mediation or another magistrate judge for a settlement conference.

**IT IS SO ORDERED.**

Dated: December 17, 2013

_____
MARIA-ELENA JAMES
United States Magistrate Judge