UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al., <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br>　　　　Defendants. | Case No.  13-cv-02220-MEJ <br><br>**STATUS ORDER** |

　　　The Court is in receipt of the parties' Eighth Joint Status Report, filed February 3, 2015. Dkt. No. 37.  As settlement negotiations are ongoing, the parties shall continue to file updated status reports every 60 days.

　　　**IT IS SO ORDERED.**

Dated: February 3, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge