UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE ROMAN CATHOLIC ARCHBISHOP OF SAN FRANCISCO, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE CITY AND COUNTY OF SAN FRANCISCO, et al., <br><br> Defendants. | Case No.  13-cv-02220-MEJ <br><br> **ORDER DISMISSING CASE** |

On July 22, 2015, the parties filed a Ninth Joint Status Report, stating the parties executed a written settlement agreement on April 30, 2015, and all obligations have been timely performed. The parties now request the Court dismiss this case pursuant to the settlement agreement. Accordingly, this case is hereby **DISMISSED**.  The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: July 23, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge